UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

PHH MORTGAGE CORPORATION,

                Plaintiff,

v.

LISA CORRADO, et al.,

                Defendants.

-------------------------------------------------------------x

**ORDER**

25-CV-07808 (PMH)

PHILIP M. HALPERN, United States District Judge:

On September 19, 2025, PHH Mortgage Corporation ("Plaintiff") commenced the instant action against Lisa Corrado ("Corrado") and Richard Serrano ("Serrano," and together, "Defendants"). (Doc. 1).

On September 22, 2025, the Clerk of Court issued summonses as to the Defendants with respect to the Complaint. (Docs. 8-9). On October 7, 2025, Plaintiff filed affidavits of service as to the Defendants. (Docs. 11-12). Defendants did not answer or otherwise respond to the Complaint. There has been no activity on the docket since the filing of the affidavits of service.

Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by December 3, 2025. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED:

Dated: White Plains, New York
      October 31, 2025

_____
Hon. Philip M. Halpern
United States District Judge